UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-91-D-1

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| JOSHUA FITZGERALD REID | |

On motion of the Defendant, Joshua Fitzgerald Reid, and for good cause shown, it is hereby ORDERED that **DE 91** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 5 day of August, 2024

                                     _____
                                     JAMES C. DEVER III
                                     United States District Court Judge